[No. 24893-6-I.   Division One.   October 28, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN CARL RUDOLPH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01632-6, Stephen M. Reilly, J., entered October 6, 1989. *Granted* by unpublished per curiam opinion.

[No. 28877-6-I.   Division One.   October 28, 1991.]

*In the Matter of the Marriage of* KATHERINE S. GWINN, *Respondent*, and STEPHEN M. GWINN, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-07677-0, Norman W. Quinn, J., entered July 25, 1991. *Remanded* by unpublished per curiam opinion.

[No. 24790-5-I.   Division One.   October 28, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD ALLEN PECK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03831-1, Frank L. Sullivan, J., entered August 21, 1989. *Granted* by unpublished per curiam opinion.